IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLARENCE E. REED,

    Petitioner,

v.

JUDY P. SMITH, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-60-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Clarence E. Reed for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for petitioner's failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).


_____    _____2/22/13_____
Peter Oppeneer, Clerk of Court                Date